UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :
JESUS HERNANDEZ,                  :    22cv504(DLC)
                                        :
                    Plaintiff,    :   <u>ORDER OF</u>
          -v-                         :   <u>DISCONTINUANCE</u>
                                        :
CITY OF NEW YORK, et al.,    :
                                        :
                    Defendants.  :
                                        :
---------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that mediation in this case resulted in agreement on all issues, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 22, 2022**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
           September 22, 2022

                                              _____
                                                      DENISE COTE
                                          United States District Judge